# McGuire Gardner P.L.L.C.
Pernell W. McGuire (SBN: 015909)
Douglas C. Gardner (SBN: 023653)
Jared E. Holland (SBN: 025548)
320 North Leroux St., Suite A
Flagstaff, Arizona 86001
Telephone: (928) 779-1173
Facsimile: (928) 779-1175
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>WILLIAM ELWYN RISSER and LUCINDA MARIE RISSER,<br><br>Debtors. | Case No. **2:09-bk-10525-RTBP**<br><br>A Proceeding in Chapter 7<br><br><u>EMERGENCY</u> MOTION FOR RECONSIDERATION AND ORDER VACATING AND/OR SUSPENDING ENFORCEMENT OF STAY RELIEF ORDER DATED JULY 15, 2009; |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee to WELLS FARGO HOME MORTGAGE a division of WELLS FARGO BANK NA,<br><br>Movant,<br><br>vs.<br><br>WILLIAM ELWYN RISSER and LUCINDA MARIE RISSER, Debtors; and CONSTANTINO FLORES, Trustee,<br><br>Respondents. | MOTION FOR EMERGENCY INTERIM ORDER SUSPENDING AUCTION/SALE OF RESIDENCE PENDING HEARING;<br><br>MOTION FOR LEAVE TO FILE RESPONSE TO MOTION FOR RELIEF FROM STAY<br><br>AND<br><br>REQUEST FOR HEARING |

Respondents/Debtors, William Elwyn Risser and Lucinda Marie Risser, by and through undersigned counsel, hereby move this Court for reconsideration of its July

1

15, 2009, order granting Movant stay relief enabling Movant to proceed forward with a foreclosure on Debtors' primary residence. Upon information and belief, Movant understands that a trustee's sale has been scheduled but Movant's attorney was unable to provide undersigned counsel with a sale date. As such, **<u>EMERGENCY RELIEF</u>** is requested.

It is urged that the Court enter an immediate Interim Order suspending the auction/sale of the residence until such time as the Court may conduct a hearing regarding the matters asserted herein. At said hearing, Debtors shall show that the Order rendered on July 15, 2009 by default should be set aside and/or modified as justice requires.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. On May 15, 2009, Debtors filed for relief under Chapter 7 of the Bankruptcy Code without first consulting counsel regarding the ramifications of file a Chapter 7 bankruptcy with arrearages owed on Debtors' residence.

2. Debtors' Chapter 7 Individual Debtor's Statement of Intention clearly indicate that Debtors desire to retain their home.

3. On June 18, 2009, Movant filed its Motion for Relief from Stay to enable Movant to proceed forward with a trustee's sale of Debtors' home.

4. Debtors were also recently contacted by the United States Trustee's Office regarding the US Trustee's Office's belief the a presumption of abuse arises pursuant to 11 U.S.C. § 707(b).

2



5. Concerned by the thought of losing their home and the complex legal issues raised by the United States Trustee, Debtors contacted the document preparer who assisted them with the preparation of their bankruptcy petition and schedules.

6. The document preparer referred Debtors to undersigned counsel to represent Debtors in these matters.

7. Unfortunately, Debtor's first meeting with undersigned counsel was after the order granting Movant relief from the stay was signed by the Court.

8. Debtors anticipate converting their bankruptcy from Chapter 7 to Chapter 13 contingent on their ability to retain their home. Undersigned counsel is in the process of preparing a Chapter 13 plan which would address Movant's concerns as well as provide for the proper treatment of Movant's claim.

**CONCLUSION**

Debtors clearly desire to retain their home and lack the legal training to appropriately respond to Movant's pleadings. Allowing Debtors to cure any arrearages in a Chapter 13 plan will ensure that Movant is not prejudiced. Conversion to Chapter 13 will also address the United States Trustee's concerns regarding Debtors' Form B22. For these reasons, Debtors respectfully request that the Court reinstate the Bankruptcy Stay with regard to the residence and provide Debtors with the opportunity to respond to Movant's Motion for Stay Relief.

///

///

RESPECTFULLY SUBMITTED AUGUST 7, 2009.

**MCGUIRE GARDNER, P.L.L.C.**

By: /S/ Douglas C. Gardner
Pernell W. McGuire
Douglas C. Gardner
Jared E. Holland
Attorneys for Debtor(s)

Copies of the foregoing **mailed and faxed** this 7th day of August 2009 to:

Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco, P.A.
2525 E. Camelback Rd., Ste. 300
Phoenix, Arizona 85016
Fax: (602) 255-0192
Attorneys for Movant

Constantino Flores
Chapter 7 Trustee
Post Office Box 511
Phoenix, Arizona 85001
Fax: (602) 253-0500

Renee Sandler Shamblin
Office of the U.S. Trustee
230 N. First Ave., Ste. 204
Phoenix, Arizona 85003
Fax: (602) 514-7270


By: /s/ Charylle Tsakiris
Charylle Tsakiris